IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**UNITED STATES OF AMERICA,**

          Plaintiff,

v.

          CRIMINAL CASE NO: 1:22-CR-51-1
          (JUDGE KLEEH)

**FOTIOS GEAS,**

          Defendant.

FILED
SEP 3 0 2022
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## DEFENDANT'S WAIVER OF DETENTION HEARING

I, Defendant Fotios Geas, have consulted with my attorney and have been advised by the Court of my right to a detention hearing. Fully understanding, I hereby waive my right to a detention hearing in this matter. I understand that by waiving my right to a detention hearing, I will remain detained pending further proceedings.

_____ Further, I understand that if I am reserving the right to later have a detention hearing, I must file notice within fourteen (14) days to request that the Judge hold a detention hearing. I understand that failure to file such notice within fourteen (14) days is a complete waiver of a detention hearing before the Judge.
    (initial only if applicable)

_F Geas_
**DEFENDANT**

_[signature]_
**COUNSEL FOR DEFENDANT**

_9/30/22_
**DATE**