# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.                                   **CRIMINAL NO. 1:22-CR-51**
                                                **(KLEEH)**

**FOTIOS GEAS,**
**PAUL DECOLOGERO, and**
**SEAN MCKINNON,**

      **Defendants.**

## SCHEDULING ORDER ON SUPERSEDING INDICTMENT

On February 8, 2023, the parties submitted a joint proposed pretrial schedule in this matter [ECF No. 111].  The following day, the Court convened a status conference to discuss the schedule.  For the reasons discussed in the proposed schedule and during the status conference, the Court hereby **ORDERS** that the following dates and deadlines shall govern the case moving forward:

**Trial**

| Type of Motion | Motion Filing Deadline | Response Filing Deadline | Reply Filing Deadline |
|---|---|---|---|
| **Conference Between the Parties Regarding Discovery Issues** | April 3, 2023 | | |
| **Fed. R. Crim. P. 12(b)(3)(E); Initial Motions for Discovery** | May 1, 2023 | 30 days after filing and service | 21 days after filing and service of Response |

**USA V. GEAS ET AL.**                                                   **1:22-CR-51**

**SCHEDULING ORDER ON SUPERSEDING INDICTMENT**

| | | | |
|---|---|---|---|
| **Fed. R. Crim. P. 12(b)(3)(A) and (B)** | August 1, 2023 | 30 days after filing and service | 21 days after filing and service of Response |
| **Motions to Suppress and/or for Severance; Fed. R. Crim. P. 12(b)(3)(C)(D); 18 U.S.C. § 3501** | October 2, 2023 | 30 days after filing and service | 21 days after filing and service of Response |
| **Government Notices Regarding Experts and Production of Expert Reports** | June 5, 2024 | See motions re: experts below | See motions re: experts below |
| **Defense Notices Regarding Experts, Fed. R. Crim. P. 12.2, Atkins v. Virginia Notices and Production of Expert Reports** | September 3, 2024 | See motions re: experts below | See motions re: experts below |
| **Notice of Rebuttal Experts Shall be Due Within 30 Days After Determination of the Admissibility of Expert Testimony** | | | |
| **Motions re: Experts (Daubert, Sufficiency of Disclosures, etc.)** | 60 days following disclosure | 30 days after filing and service | 21 days after filing and service of Response |

2

USA V. GEAS ET AL.                                              1:22-CR-51

**SCHEDULING ORDER ON SUPERSEDING INDICTMENT**

| | | | |
|---|---|---|---|
| **Defense Motions re: Confidential Access to Items of Forensic Evidence for Defense Testing (Defense Will Confer with Government Prior to Filing Any Such Motion)** | 60 days following government's expert disclosures | 30 days after filing and service | 21 days after filing and service of response |
| **Notices re: Fed. R. Evid. 404(b), 609(a)(1) and Supplemental Motions for Discovery and/or Suppression** | August 5, 2024 | 30 days after filing and service | 21 days after filing and service of Response |
| **Motions in Limine** | October 3, 2024 | 21 days after filing and service | 14 days after filing and service of Response |
| **Witness and Exhibit Lists** | November 1, 2024 | | |
| **Pretrial Conference** | November 7, 2024 (10:00 a.m.) | | |
| **Trial** | December 2, 2024 (9:30 a.m.) | | |

**Penalty Phase**

| | | | |
|---|---|---|---|
| **All Supplemental Motions for Discovery re: Penalty Phase** | December 1, 2023 | 30 days after filing and service | 21 days after filing and service of Response |

3

**USA V. GEAS ET AL.** 1:22-CR-51

**SCHEDULING ORDER ON SUPERSEDING INDICTMENT**

| | | | |
|---|---|---|---|
| **Motions to Strike/Dismiss** | February 1, 2024 | 30 days after filing and service | 21 days after filing and service of Response |
| **Constitutional Challenges to Capital Punishment** | February 1, 2024 | 30 days after filing and service | 21 days after filing and service of Response |
| **Motions re: Penalty Phase Procedures, Trifurcation, Setting Deadlines for Penalty Phase Witness Lists, Exhibit Lists, Jury Instructions, Etc.** | May 1, 2024 | 30 days after filing and service | 21 days after filing and service of Response |
| **Evidentiary Motions re: Penalty Phase** | July 1, 2024 | 30 days after filing and service | 21 days after filing and service of Response |

**Jury Selection and Jury Voir Dire**

| | | | |
|---|---|---|---|
| **Motions re: Jury Selection Procedures and for Discovery of Jury Records** | June 5, 2024 | 30 days after filing and service | 21 days after filing and service of Response |

**SCHEDULING ORDER ON SUPERSEDING INDICTMENT**

| | | | |
|---|---|---|---|
| **Motions re: Challenging Petit Jury (Deadline Assumes Production of Requested Jury Records Not Later than 120 Days Prior to Trial)** | 30 days after receipt of requested jury records | 30 days after filing and service | 21 days after filing and service of response |
| **Proposed Jury Questionnaire (Parties to Confer and Submit a Joint Questionnaire with Disputed Aspects of the Questionnaire Noted)** | September 3, 2024 | | |

**Jury Instructions**

| | | | |
|---|---|---|---|
| **Submission of Proposed Jury Instructions (Parties to Confer and Submit to the Court a Joint Proposal for Guilt Phase Jury Instructions, Including Objections and Alternative Instructions Requested by Either Party)** | August 5, 2024 | | |

**SCHEDULING ORDER ON SUPERSEDING INDICTMENT**

In scheduling the trial, the Court incorporates all of the findings related to the Speedy Trial Act that were included in its *Order Granting Joint Motion to Continue and to Vacate All Currently Established Deadlines and Settings* [ECF No. 63].

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: February 14, 2023

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA