## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

**v.**                                                               **Criminal No.   1:22-CR-51-1 & 2**
                                                                             **(Chief Judge Kleeh)**

**FOTIOS GEAS, aka "FREDDY," and**
**PAUL J. DECOLOGERO, aka "Pauly,"**

                    **Defendants.**

### NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY AGAINST DEFENDANTS FOTIOS GEAS AND PAUL J. DECOLOGERO

Now comes the United States of America and William Ihlenfeld, United States Attorney for the Northern District of West Virginia, by Brandon S. Flower, Assistant United States Attorney, and Randolph J. Bernard, First Assistant United States Attorney, and notifies the Court, defendant Fotios Geas, and defendant Paul J. DeCologero that the United States will not seek a death sentence in the event that the defendants are convicted of Count Two of the Superseding Indictment charging First Degree Murder.  Further, the United States will not seek a death sentence in the event that defendant Fotios Geas is convicted of Count Three of the Superseding Indictment charging First Degree Murder by Federal Prisoner Serving a Life Sentence.

                            Respectfully submitted,

                            WILLIAM IHLENFELD
                            United States Attorney

By:    /s/ Brandon S/ Flower
         Brandon S. Flower, WVSB #9338
         Assistant United States Attorney
         Randolph J. Bernard, WVSB #8146
         First Assistant United States Attorney
         United States Attorney's Office
         320 W. Pike Street, Suite 300
         Clarksburg, WV 26301-2710
         (304) 623-7030; (304) 234-0110 (fax)
         Brandon.flower@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Brandon S. Flower, certify that on July 12, 2023, I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send notification of such filing to counsel for the defendants.

/s/ Brandon S. Flower
Brandon S. Flower, WVSB #9338
Assistant United States Attorney
United States Attorney's Office
320 W. Pike Street, Suite 300
Clarksburg, WV 26301-2710
Phone number - (304) 623-7030
Facsimile number - (304) 234-0110
Brandon.flower@usdoj.gov