**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

v.                                    **Criminal No. 1:22-CR-51**
                                      **(Chief Judge Kleeh)**

**FOTIOS GEAS, et al.,**

      **Defendants.**

## JOINT PROPOSED REVISED PRETRIAL SCHEDULE

In light of the government's notice to not seek the death penalty (Doc. No. 126), the Parties submit the following Joint Proposed Revised Pretrial Schedule.

| Type of Motion | Motion Filing Deadline | Response Filing Deadline | Reply Filing Deadline |
|---|---|---|---|
| **TRIAL** | | | |
| Motion pursuant to Fed.R.Crim.P. 12(b)(3)(A), (B), and (E) | January 2, 2024 | 30 days after filing and service | 21 days after filing and service of Response |
| Motions to Suppress and/or for Severance; Fed.R.Crim.P. 12(b)(3)(C)(D); 18 U.S.C. § 3501 | February 3, 2024 | 30 days after filing and service | 21 days after filing and service of Response |
| Government Notices Regarding Experts and Production of Expert Reports; Defense Notices Regarding Experts, Fed.R.Crim.P. 12.2, Production of Expert Reports | 180 days prior to trial (June 5, 2024) | See Motions Re: Experts below | See Motions Re: Experts below |
| Notice of rebuttal experts shall be due within 30 days after determination of the admissibility of expert testimony | | | |
| Motions Re: Experts (*Daubert*, Sufficiency of Disclosures, etc.) | 60 days following disclosure | 30 days after filing and service | 21 days after filing and service of Response |

| | | | |
|---|---|---|---|
| Defense Motions re: Confidential Access to Items of Forensic Evidence for Defense Testing (Defense will confer with government prior to filing any such motion) | 60 days following government's expert disclosures | 30 days after filing and service | 21 days after filing and service of Response |
| Notices re: Fed.R.Evid. 404(b), 609(a)(1) and Supplemental Motions for Discovery and/or Suppression | June 2, 2024 | 30 days after filing and service | 21 days after filing and service of Response |
| Motions in Limine | 60 days prior to trial (October 3, 2024) | 30 days after filing and service | 21 days after filing and service of response |
| Witness and Exhibit Lists | 30 days prior to trial (November 1, 2024) | | |
| **JURY SELECTION AND JURY VOIR DIRE** | | | |
| Motions re: Jury Selection Procedures and for Discovery of Jury Records | TBD | TBD | TBD |
| Motions re: Challenging Petit Jury (Deadline assumes production of requested jury records not later than 120 days prior to trial) | TBD | TBD | TBD |
| Proposed Jury Questionnaire (Parties to confer and submit a joint questionnaire with disputed aspects of the questionnaire noted) | TBD | | |
| **JURY INSTRUCTIONS** | | | |
| Submission of Proposed Jury Instructions (Parties to confer and submit to the Court a joint proposal for jury instructions, including objections and alternative instructions requested by either party) | 120 days prior to trial (August 5, 2024) | | |

| **TRIAL** | | | |
|---|---|---|---|
| Pretrial Conference | November 7, 2024 (10:00 a.m.) | | |
| Trial | December 2, 2024 (9:30 a.m.) | | |

The undersigned is authorized by counsel for all defendants to advise the Court that the parties have consulted and are in agreement with this joint proposed schedule.

Accordingly, this joint proposal is submitted herewith.

          Respectfully submitted,
          WILLIAM IHLENFELD
          United States Attorney

By:    /s/ Brandon S/ Flower
       Brandon S. Flower, WVSB #9338
       Assistant United States Attorney
       Randolph J. Bernard, WVSB #8146
       First Assistant United States Attorney
       United States Attorney's Office
       320 W. Pike Street, Suite 300
       Clarksburg, WV 26301-2710
       (304) 623-7030; (304) 234-0110 (fax)
       brandon.flower@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Brandon S. Flower, certify that on August 8, 2023, I electronically filed the foregoing with the Clerk using the CM/ECF system, which will send notification of such filing to counsel for the defendants.

                                          Respectfully submitted,
                                          WILLIAM IHLENFELD
                                          United States Attorney

By:

                                          /s/ Brandon S. Flower
                                          Brandon S. Flower, WVSB #9338
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          320 W. Pike Street, Suite 300
                                          Clarksburg, WV 26301-2710
                                          Phone number - (304) 623-7030
                                          Facsimile number - (304) 234-0110
                                          brandon.flower@usdoj.gov