IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  v.                                      CRIMINAL NO. 1:22-CR-51
                                                  (KLEEH)

**FOTIOS GEAS,**
**PAIL DECOLOGERO, and**
**SEAN MCKINNON,**

    **Defendants.**

### ORDER ADOPTING SECOND JOINT PROPOSED REVISED PRETRIAL SCHEDULE [ECF NO. 134]

On December 21, 2023, the parties jointly prepared and submitted a second revised pretrial schedule for this matter [ECF No. 134]. Finding good cause to do so, the Court **ADOPTS** the schedule proposed by the parties and **AMENDS** its previously imposed deadlines as described therein.

It is so **ORDERED**.

The Clerk shall transmit copies of this Order to counsel of record.

DATED: January 3, 2024

*/s/ Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA