```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

      **v.**                                         **CRIMINAL NO. 1:22-CR-51**
                                                                 **(KLEEH)**

**FOTIOS GEAS,**
**PAIL DECOLOGERO, and**
**SEAN MCKINNON,**

       **Defendants.**

**ORDER GRANTING JOINT MOTION TO VACATE MOTION FILING DEADLINES**
**[ECF NO. 138]**

Pending before the Court is a *Joint Motion to Vacate Motion Filing Deadlines* [ECF No. 138].  For good cause, the motion is **GRANTED**.  The deadlines set forth in the Court's *Order Extending Certain Deadlines* [ECF No. 137] are **VACATED**.  The parties are **DIRECTED** to submit, on or before **May 29, 2024,** a status report regarding the disposition of the case.

It is so **ORDERED**.

The Clerk shall transmit copies of this Order to counsel of record.

DATED: May 8, 2024

                                              */s/ Tom S Kleeh*
                                     THOMAS S. KLEEH, CHIEF JUDGE
                                     NORTHERN DISTRICT OF WEST VIRGINIA