IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

   v.                                          CRIMINAL NO. 1:22-CR-51
                                                                (KLEEH)

**FOTIOS GEAS,**
**PAUL J. DECOLOGERO, and**
**SEAN MCKINNON,**

      **Defendants.**

## ORDER CONTINUING TRIAL AND RELATED DEADLINES

The trial in this matter was previously scheduled for December 2, 2024. All defendants have entered into plea agreements, and all have been scheduled for combined plea and sentencing hearings. Accordingly, the pretrial conference, trial, and all pretrial filing deadlines are **GENERALLY CONTINUED**. The only remaining hearings and deadlines are those set forth in the Court's orders scheduling plea and sentencing proceedings [ECF Nos. 143, 144, 145].

In continuing the trial, the Court has considered the factors outlined in 18 U.S.C. § 3161. Because all defendants have indicated that they wish to plead guilty, the Court finds that the ends of justice served by continuing the trial outweigh the best interests of the public and the defendants in a speedy trial. The failure to continue the trial would be likely to result in a

miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(B)(i). It is further **ORDERED** that any delay resulting from the consideration of the proposed plea agreements shall be excluded for the purposes of the Speedy Trial Act under 18 U.S.C. § 3161(h)(1)(G).

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record, the Office of Probation, and the United States Marshals Service.

DATED: May 22, 2024

*Tom S Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA